**Dismissed and Opinion Filed January 31, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01514-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**WALTER SOLORZANO, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB18-11917-B**

# MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is the State's January 29, 2020 motion to dismiss the State's appeal. We

grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2.

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

191514f.u05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-19-01514-CR          V.

WALTER SOLORZANO, Appellee

On Appeal from the County Criminal Court No. 2, Dallas County, Texas
Trial Court Cause No. MB18-11917-B.
Opinion delivered by Justice Pedersen, III, Justices Myers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 31st day of January, 2020.